# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced June 13, 2018

## THE MOTION FOR TRANSFER IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS GRANTED:

18-0358        IN RE TEXAS OPIOID LITIGATION

Defendants Purdue Pharma L.P., et al. and McKesson Corporation, et al. joint motions to transfer under Rule 13 of the Texas Rules of Judicial Administration are granted.  The panel will issue a second order at a later date naming the judge to whom the cases will be transferred.

Justice Brown delivered the opinion of the MDL Panel.